**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

David Normann, an individual, )
                                  )   No. CV-08-00803-PHX-LOA
       Plaintiff, )
                                    )   **ORDER**
vs. )
Rassier Properties-Mercado, LLC, a )
Delaware limited liability company, dba )
Mercado at Scottsdale Ranch, )
                                    )
       Defendant. )

Pursuant to the Stipulation to Extend Time for Answering Complaint, and good cause appearing therefore;

**IT IS ORDERED** that Defendant Rassier Properties-Mercado, LLC's time for answering or otherwise responding to the Complaint filed in the above-captioned action is hereby extended to July 3, 2008 without prejudice to Defendant's right to assert any and all available defenses and claims.

DATED this 15th day of May, 2008.

_Lawrence O. Anderson_
Lawrence O. Anderson
United States Magistrate Judge