**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Normann, an individual, ) | No. CV-08-00803-PHX-LOA |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| Rassier Properties-Mercado, LLC, a) Delaware limited liability company, dba) Mercado at Scottsdale Ranch, ) | |
| Defendant. ) | |

A review of the Court's file docket recently reflects that William Scott Jenkins, Esq. and Jase Steinberg, with the law firm of Myers & Jenkins, P.C., were not added to the Court's docket as defense counsel until the filing of the Stipulation to Extend Time for Answering Complaint. (docket # 7) The Court further notes that Mr. Jenkins and Mr. Steinberg were not provided either Notices of Electronic Filing (NEFs) or mailed copies of the following documents: Order re Stipulation to Extend Time for Answering Complaint, docket # 9, and Notice of Assignment and Order, docket # 10.

The undersigned's staff has contacted the Clerk's office and requested that defense counsel be added to the Court's docket, effective May 14, 2008.

Accordingly,

**IT IS ORDERED** that the Clerk please electronically provide copies of docket #s 9 and 10 to defense counsel, Mr. Jenkins and Mr. Steinberg.

1   **IT IS FURTHER ORDERED affirming** all Orders contained in the
2   Court's Order Re: Stipulation, docket #9, and the Notice of Assignment and Order,
3   docket # 10, **except** for the deadline for Defendant Rassier Properties-Mercado, LLC to
4   either file a written consent to the exercise of authority by a magistrate judge or file a
5   written election to have the case reassigned to a United States district Judge shall be
6   **Thursday, July 3, 2008**.

Dated this 19th day of June, 2008.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge

- 2 -