**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Normann, an individual, ) | |
| ) | No. CV-08-00803-PHX-LOA |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Rassier Properties-Mercado, LLC, a) | |
| Delaware limited liability company, dba) | |
| Mercado at Scottsdale Ranch, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to the Stipulation to Extend Time for Answering Complaint, (docket #12), and good cause appearing therefore;

**IT IS ORDERED** that Defendant Rassier Properties-Mercado, LLC's time for answering or otherwise responding to the Complaint filed in the above-captioned action is hereby extended from July 3, 2008 through July 21, 2008 without prejudice to Defendant's right to assert any and all available defenses and claims.

**IT IS FURTHER ORDERED** that upon the filing of an Answer in this case, the parties will be entitled to immediately seek discovery from any source, notwithstanding Rule 26(d), Federal Rules of Civil Procedure.

DATED this 27th day of June, 2008.

Lawrence O. Anderson
United States Magistrate Judge